DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GMH TEQUESTA HOLDINGS, LLC** d/b/a **FUTURES RECOVERY HEALTHCARE,**
Appellant,

v.

**DEJA GILBERT** and **HARMONY RECOVERY GROUP, LLC,**
Appellees.

No. 4D22-1847

[April 6, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502022CA000997.

James A. Gale, Jason R. Domark, Jonathan E. Gale, and Janet Rayo of Cozen O'Connor, Miami, for appellant.

Andre G. Raikhelson of Trayber Raikhelson Law Group, PLLC, Boca Raton, and Christopher Kammerer of Rabin Kammerer Johnson, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***